UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAM ROST, JR., | Case No. 1:20-cv-00227-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE |
| v. | |
| KINGS COUNTY JAIL, *et al.*, | (ECF No. 2) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Kevin William Rost, Jr. is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on February 13, 2020. ((ECF No. 2.)

However, Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, the certificate portion of the application is not filled-out, dated, and signed by an authorized officer of the Kings County Jail and there is no certified copy of Plaintiff's Kings County Jail trust account statement for the six-month period immediately preceding the filing of Plaintiff's complaint attached to the application as the instructions require. Plaintiff must submit a completed application, including a certified copy of his trust account statement from the Kings

County Jail, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED without prejudice;
2. The Clerk of the Court is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his jail trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **Plaintiff is warned that the failure to comply with this order will result in the recommendation dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **February 14, 2020**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE